IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02084-WYD-BNB

MICHAEL TROCHE-FELICIANO,

Plaintiff,

v.

CITY OF COLORADO SPRINGS, d/b/a Colorado Springs Utilities,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before February 16, 2012, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 6, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge