IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02084-WYD-BNB

MICHAEL TROCHE-FELICIANO,

Plaintiff,

v.

CITY OF COLORADO SPRINGS, d/b/a Colorado Springs Utilities,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Complaint** [docket no. 12, filed February 1, 2012] (the "Motion").  Pursuant to the resolution of this matter,

IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED:  February 6, 2012