IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-02084-WYD-BNB

MICHAEL TROCHE-FELICIANO,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, doing business as COLORADO SPRINGS UTILITIES,

    Defendant.

ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss with Prejudice, [ECF No. 17], filed February 16, 2012.   After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss with Prejudice, [ECF No. 17], filed February 16, 2012 is **APPROVED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

DATED:   February 29, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE